Au Lang T.N. Le (S.B. #236440)
**LE, CLARK & HO, LLP**
4505 Allstate Dr., Suite 103
Riverside, CA 92516
Telephone 951-680-9384

Attorneys for Defendants,
**ADVANCE CULTURAL EDUCATION AND TRAINING CORPORTION**, California Corporation, **NAPAT VORAPUVADOL** a/k/a **NAWACHOL BOONTHAM, NARIN NATHRADOL** a/k/a **MONNOPA KOMOLKETRUCK**, and **SUPAWADEE POONDEJ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| I.E.I. COMPANY LIMITED, a Thailand corporation; INTERNATIONAL EDUCATION, INC. A Seychelles corporation, <br><br> Plaintiffs <br><br> v. <br><br> ADVANCE CULTURAL EDUCATION AND TRAINING CORPORTION, California corporation, NAPAT VORAPUVADOL a/k/a NAWACHOL BOONTHAM, an individual, NARIN NATHRADOL a/k/a MONNOPA KOMOLKETRUCK, an individual, and SUPAWADEE POONDEJ, an individual | Case No.: 4:09-CV-05079 PJH |

### SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Defendants Advance Cultural Education and Training Corporation, Napat Vorapuvadol a/k/a Nawachol Boontham, Narin Nathrado a/k/a Monnopa Komolketruck, and Supawadee Poondej, hereby substitute LE, CLARK & HO, LLP as its

SUBSTITUTION OF ATTORNEY
- 1 -

1  attorneys of record in this action in place of ROBERT F. HINTON of ARCHER NORRIS PLC
2  at 333 S. Grand Ave., Ste 1700, Los Angeles, CA 90071 (telephone 213-437-4000).
3      All pleadings, orders and notices should henceforth be served upon LE, CLARK & HO,
4  LLP, 4505 Allstate Drive Suite 103, Riverside, CA 92501, (telephone number 951-680-9384).

DATED: June 21, 2010

_____
Au-Lang T.N. Le
**LE, CLARK & HO, LLP**
Attorney for Plaintiffs

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3
4  DATED: June 21, 2010           [signature]
5                                 Au Lang T.N. Le
                                   **LE, CLARK & HO, LLP**
6
7
8  Please check one:  __X__ RETAINED, or _____ APPOINTED BY THE COURT
9
10                              APPROVED:
11
12 DATED: 7/13/10
13                              The Honorable
                                UNITED STATES

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton

United States District Court
Northern District of California

SUBSTITUTION OF ATTORNEY
- 3 -

DATED: June 21, 2010

Napat Vorapuvadol
Agent for Advance Cultural Education and Training Corporation

DATED: June 21, 2010

Napat Vorapuvadol

DATED: June 21, 2010

Narin Nathradol

DATED: June 21, 2010

Supawadee Poondej

I consent to the above substitution.

DATED: June 28, 2010

Robert F. Hinton
Archer Norris PLC

Fm:Le, Clark & Ho, LLP To:Attorney Robert F. Hinton (12134374011) 16:34 06/25/10GMT-07 Pg 05-05