```
1  Au Lang T.N. Le (S.B. #236440)
   LE, CLARK & HO
2  4505 Allstate Dr., Suite 103
   Riverside, CA 92501
3  Telephone (888)841-6041
   Facsimili (888)848-2297
4
   **Attorneys for Defendants,**
5  ADVANCE CULTURAL EDUCATION AND
   TRAINING CORPORATION, a California
6  Corporation, NAPAT VORAPUVADOL a/k/a/
   Nawachol Boontham, an individual; NARIN
7  NATHRADOL, a/k/a/ Monnipa Komolketruck,
   an individual; SUPAVADEE POONDEJ, a/k/a/
8  Supavadee Poondej
```

UNITED STATES DISTRICT COURT

NORTHERN DISCTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| I.E.I. COMPANY LIMITED, a Thailand corporation; INTERNATIONAL EDUCATION, INC., a Seychelles corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCE CULTURAL EXCHANGE TRAINING CORPORATION, a California corporation, initially named herein as "Advance Cultural Education and Training Corporation", NAPAT VORAPUVADOL, a/k/a/ Nawachol Boontham, an individual; NARIN NATHRADOL, a/k/a/ Monnipa Komolketruck, an individual; SUPAWADEE POONDEJ, a/k/a/ Supavadee Poondej, an individual; DOES 1 through 10, inclusive,<br><br>Defendants | Case No.: 4:09-CV-05079 PJH<br><br>**DEFENDANTS' REQUEST TO WITHDRAW NOTICE OF AND MOTION TO TRANSFER VENUE TO CENTRAL DISTRICT OF CALIFORNIA, OR, ALTERNATIVELY, TO TRANSFER TO FOREIGN JURISDICION ON GROUNDS OF FORUM NON CONVENIENS**<br><br>Date of Hearing: August, 18, 2010<br>Dept: Court-room 3 |


---

DEFENDANTS' REQUEST TO WITHDRAW NOTICE OF AND MOTION TO TRANSFER VENUE TO CENTRAL DISTRICT OF CALIFORNIA, OR, ALTERNATIVELY, TO TRANSFER TO FOREIGN JURISDICION ON GROUNDS OF FORUM NON CONVENIENS

- 1 -


Dockets.Justia.com

Defendants respectfully request to withdraw defendants' notice of and motion to transfer venue to Central District of California, or alternatively, to transfer to foreign jurisdiction on the grounds of forum non conveniens, which was noticed and filed by defendants prior counsel, ARCHER NORRIS, a Professional Law Corporation. The motion is currently set for hearing on August, 18, 2010 at 9:00 a.m. in Court-room 3 of the above-entitled Court.

DATED: August 3, 2010

By: 
**Le, Clark & Ho**
ATTORNEYS FOR DEFENDANTS,
ADVANCE CULTURAL EDUCATION
AND TRAINING CORPORATION, a
California Corporation, NAPAT
VORAPUVADOL a/k/a/Nawachol
Boontham, an individual; NARIN
NATHRADOL, a/k/a/ Monnipa
Komolketruck, an individual;
SUPAWADEE POONDEJ, a/k/a/
Supavadee Poondej

8/5/10



DEFENDANTS' REQUEST TO WITHDRAW NOTICE OF AND MOTION TO TRANSFER VENUE TO CENTRAL DISTRICT OF CALIFORNIA, OR, ALTERNATIVELY, TO TRANSFER TO FOREIGN JURISDICION ON GROUNDS OF FORUM NON CONVENIENS

- 2 -