UNITED STATES DISTRICT COURT

For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| I.E.I. COMPANY LIMITED, et al.,<br>　　　　　Plaintiffs, | No. C 09-5079 PJH |
| 　　v. | **ORDER TO SHOW CAUSE** |
| NAPAT VORAPUVADOL, et al.,<br>　　　　　Defendants.<br>_____/ | |

The court has received and considered the complaint submitted by plaintiffs I.E.I. Company Limited and International Education, Inc., alleging that defendants Napat Vorapuvadol, Narin Nathradol, Supawadee Poondej, and Advance Cultural Exchange Training Corporation failed to appear at the May 25, 2010, mediation in this action.  Defendants are hereby ORDERED to show cause, in writing, by Wednesday, September 22, 2010, why sanctions should not be imposed for this apparent violation of the ADR local rules.  The written response shall be addressed to the undersigned in care of the ADR Program, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94109 and shall *not* be filed.

　　　　IT IS SO ORDERED.


September 15, 2010 　　　　　　　By: 　　　　　_Elizabeth D. Laporte_

Dated 　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge