UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| I.E.I. COMPANY, *et al.*,<br><br>          Plaintiffs,<br>   v.<br><br>ADVANCE CULTURAL EDUCATION, *et al.*,<br><br>          Defendants.<br>_____/ | No. C 09-05079 PJH (LB)<br><br>**ORDER SETTING TELEPHONIC CONFERENCE RE PLAINTIFFS' SEPTEMBER 24, 2010 DISCOVERY DISPUTE LETTER** |

On September 24, 2010, Plaintiffs filed a letter regarding their ongoing discovery dispute with Defendants. Letter, ECF No. 79. According to Plaintiffs, the parties met and conferred at Plaintiffs' counsel's office on September 8, 2010. Letter, ECF No. 79 at 2. At the meet-and-confer, Defendants agreed to begin production of the requested documents and responses to interrogatories by September 18, 2010. *Id.* When Defendant did not produce the necessary items by September 18, in an attempt to comply with this Court's Standing Order, Plaintiffs' counsel drafted a letter on September 21, 2010 and sent it to Defendants' counsel for editing. *Id.* As of close of business on September 24, 2010, Defendants had not yet responded to the draft of the letter even though they stated that they would complete their portions of the letter by that time. *Id.* As a result, Plaintiffs' counsel submitted a letter to this Court that did not contain any input from Defendants.

In light of these facts, lead trial counsel for both parties are **HEREBY ORDERED** to participate in a **telephonic** conference with this Court on Thursday, October 7, 2010 at 1:30 p.m. Counsel shall

1  contact Lashanda Scott, Judge Beeler's courtroom deputy, at 510-637-3525 on October 6, 2010 to
2  make arrangements for the telephonic appearance.
3  **IT IS SO ORDERED.**
4  Dated: October 3, 2010                    _____
                                              LAUREL BEELER
5                                             United States Magistrate Judge