1  **Au Lang T.N. Le (S.B. #236440)**
   **Le, Clark & Ho, LLP**
2  4505 Allstate Dr., Suite 223
   Riverside, CA 92501
3  Telephone ((888)841-6041
   Facsimile (888)848-2297
4

5  **Attorneys for Defendants,**
   ADVANCE CULTURAL EDUCATION AND
6  TRAINING CORPORATION, a California
   Corporation, NAPAT VORAPUVADOL a/k/a/
7  Nawachol Boontham, an individual; NARIN
   NATHRADOL, a/k/a/ Monnipa Komolketruck,
8  an individual; SUPAWADEE POONDEJ, a/k/a/
   Supavadee Poondej

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISCTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| I.E.I. COMPANY LIMITED, a Thailand corporation; INTERNATIONAL EDUCATION, INC., a Seychelles corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCE CULTURAL EXCHANGE TRAINING CORPORATION, a California corporation, initially named herein as "Advance Cultural Education and Training Corporation", NAPAT VORAPUVADOL, a/k/a/ Nawachol Boontham, an individual; NARIN NATHRADOL, a/k/a/ Monnipa Komolketruck, an individual; SUPAWADEE POONDEJ, a/k/a/ Supavadee Poondej, an individual; DOES 1 through 10, inclusive,<br><br>Defendants | Case No.: 4:09-CV-05079 PJH<br><br>**STIPULATION TO CONTINUE OCTOBER 28, 2010 HEARING ON MOTION FOR ORDER TO SHOW CAUSE FILED BY PLAINTIFFS; DECLARATION IN SUPPORT THEREOF; ORDER THEREON [PROPOSED]** |

Defendants, Napat Vorapuvadol, Narin Nathradol, Supawadee Poondej and Advance Cultural Exchange Training Corporation ("ACET") and Plaintiffs, I.E.I. Company Limited and International Education, Inc. ("Plaintiffs"), by and through their counsel, stipulate and agree as follows:

Pursuant to Civil Local Rules 6-1(b), 6-2(a) and (b), 7-7(b) and (d), the parties, by and through their respective attorneys of record, hereby stipulate and agree that the hearing date on Plaintiff's Motion for Order to Show scheduled for October 28, 2010 at 10:00 a.m. be continued to 2:30 p.m.

This stipulation is made upon the following grounds and based on the following facts and events:

1. On October 7, 2010, the parties participated in a telephonic discovery conference whereby Defendants were ORDERED TO SHOW CAUSE on October 28, 2010 at 10:00 a.m. before Magistrate Judge Beeler at 1201 Clay Street, Courtroom 4, Third Floor, Oakland, California 94612, why sanctions should not be imposed upon Defendants for Defendants' failure to respond to (1) I.E.I.'s First Set of Interrogatories to Defendant Advance Cultural Exchange Training Corporation; (2) I.E.I.'s First Set of Interrogatories to Defendant Napat Vorapuvadol; (3) I.E.I.'s First Set of Requests for Production of Documents to Defendant Advance Cultural Exchange Training Corporation; (4) I.E.I.'s First Set of Requests for Production of Documents to Defendant Napat Vorapuvadol; (5) I.E.I.'s First Set of Requests for Production of Documents to Defendant Narin Nathradol; and (6) I.E.I.'s First Set of Requests for Production of Documents to Defendant Supawadee Poondej.

---

**STIPULATION TO CONTINUE OCTOBER 28, 2010 HEARING ON MOTION FOR ORDER TO SHOW CAUSE FILED BY PLAINTIFFS; DECLARATION IN SUPPORT THEREOF; ORDER THEREON [PROPOSED]**

- 2 -

2. On October 8, 2010, it was discovered that the lead attorney, Au Lang T.N. Le, is scheduled to have four (4) matters that morning in The Superior Court Of The State Of California In And For The County Of San Bernardino Juvenile Division.

3. The parties agreed to continue the hearing to 1:30 p.m. on October 28, 2010. However, Defendants' counsel was advised this Court will be unavailable until 2:30 pm. on October 28, 2010.

4. This immediate Stipulation is requested in good faith and based on the facts above and the Declaration of Au Lang T.N. Le.

5. Respectfully, it is requested that this Stipulation be granted.

Dated: October 12, 2010

Respectfully submitted

**LE, CLARK & HO, LLP**

By: _____
Au Lang T.N. Le
Attorneys for Defendants, Advance Cultural Education and Training Corporation, a California Corporation, Napat Vorapuvadol, a/k/a/Nawachol Boontham, an individual; Narin Nathradol, a/k/a/ Monnipa Komolketruck, an individual; Supawadee Poondej, a/k/a/ Supavadee Poondej

Dated: October 12, 2010

Respectfully submitted,

**KRONENBERGER BURGOUYNE, LLP**

By: _____
Karl S. Kronenberger
James V. Weixel, Jr.
Attorneys for Plaintiffs, I.E.I. Company Limited and International Education, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion for Order to Show Cause is hereby continued to Thursday, October 28, 2010, at 2:30 p.m. in Courtroom 4 of this Court.

2. Should the parties reach settlement in this matter, they will promptly notify this Court of same, as required by Civil Local Rule.

Dated: October 20, 2010



The Honorable Laurel Beeler
United States District Judge

---

**STIPULATION TO CONTINUE OCTOBER 28, 2010 HEARING ON MOTION FOR ORDER TO SHOW CAUSE FILED BY PLAINTIFFS; DECLARATION IN SUPPORT THEREOF; ORDER THEREON [PROPOSED]**

- 1 -