UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

I.E.I. COMPANY LIMITED, et al.,
    Plaintiffs,

    v.

NAPAT VORAPUVADOL, et al.,
    Defendants.
_____/

No. C 09-5079 PJH

**ORDER TO RESPOND TO PRIOR ORDER TO SHOW CAUSE**

On September 15, 2010 this court issued an ORDER TO SHOW CAUSE ("OSC") directing defendants to show cause, in writing, by Wednesday, September 22, 2010, why sanctions should not be imposed for the alleged failure of defendants Napat Vorapuvadol, Narin Nathrol, Supawadee Poondej, and Advance Cultural Exchange Training Corporation to appear at the May 25, 2010, mediation in this matter. The Order specifically instructed defendants to address their written response to the undersigned, in care of the court's ADR Program, and to refrain from filing the response. To date, the court has not received defendants' written response.

ACCORDINGLY, IT IS HEREBY ORDERED:

By no later than November 9, 2010, defendants shall submit a written response to the September 15, 2010, ORDER TO SHOW CAUSE. The written response also shall include an explanation of defendants' counsel's failure to respond by the original deadline. The written response shall be addressed to the court in care of the ADR Program, United States District Court for

////

the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102. The response shall *not* be filed.

In the event a written response to the OSC is not received by November 9, this court will proceed to issue an Order assessing sanctions, to be paid to plaintiffs and their counsel. Such sanctions will include the reasonable costs incurred by plaintiffs in traveling to and from California to attend the scheduled May 25, 2010, mediation before Stewart Foreman, as well as all reasonable attorneys fees and costs incurred by plaintiffs in connection with preparation for the mediation. Such sanctions may also include, subject to proof, a portion or all of the attorneys fees and costs incurred by plaintiffs in preparing and submitting their August 30, 2010, complaint for violation of ADR Local Rules.

IT IS SO ORDERED.

November 2, 2010              By:              *Elizabeth D. Laporte*
Dated                                            Elizabeth D. Laporte
                                                 United States Magistrate Judge