UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| I.E.I. COMPANY, *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>ADVANCE CULTURAL EDUCATION, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 09-05079 LB<br><br>**ORDER CONTINUING NOVEMBER 16, 2010 HEARING TO NOVEMBER 18, 2010 AND DIRECTING PARTIES TO FILE A JOINT STATUS STATEMENT REGARDING PRODUCTION OF DOCUMENTS** |

On October 29, 2010, the Court scheduled a hearing for November 16, 2010 at 1:30 p.m. to discuss Defendants' failure to produce certain documents in response to Plaintiffs' discovery requests. On November 16, 2010, Plaintiffs' counsel informed the Court that Defendant had produced various documents earlier in the morning. In order to give Plaintiffs' counsel sufficient time to review Defendants' production of documents, the hearing scheduled for November 16, 2010 at 1:30 p.m. is **HEREBY CONTINUED** to November 18, 2010 at 1:30 p.m. Counsel may appear via telephone by calling (510) 637-3324 at the scheduled hearing time. The parties shall file a joint status statement by November 17 at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: November 16, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 09-05079