UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| I.E.I COMPANY, *et al.*, | No. C 09-05079 PJH (LB) |
| Plaintiffs,<br>v.<br>ADVANCE CULTURAL EDUCATION, *et al.*,<br>Defendants.<br>_____/ | **ORDER CONTINUING JANUARY 20, 2011 HEARING AND SETTING BRIEFING SCHEDULE** |

On December 9, 2010, this court issued an order finding that Defendants had violated Federal Rules of Civil Procedure 33 and 34 and the court's prior discovery orders by not responding to Plaintiffs' interrogatories and document requests. 12/09/10 Order, ECF No. 101 at 4. At the December 9, 2010 discovery hearing, Plaintiffs indicated that they intended to file a motion for sanctions. As a result, the court's December 9 order established the following briefing schedule for Plaintiffs' motion:

| | |
|---|---|
| Motion due date: | December 16, 2010 |
| Opposition due date: | December 30, 2010 |
| Optional reply due date: | January 6, 2011 |
| Hearing date: | January 20, 2011, 11 a.m. |

*See id.* at 5.

Plaintiffs filed a motion for sanctions on December 16, 2010. Motion, ECF No. 103. In their

**UNITED STATES DISTRICT COURT**
*For the Northern District of California*

1  motion, Plaintiffs ask the court to impose case dispositive sanctions, among other things, as a
2  consequence of Defendants' failure to cooperate in discovery. *Id.* at 16-22.  At the November 18 and
3  December 9, 2010 discovery hearings and in the court's November 19 and December 9, 2010 orders,
4  the court informed Defendants that failure to comply with discovery orders could result in sanctions
5  including case dispositive sanctions. *See* 11/18/10 Tr., ECF No. 99 at 36:23 – 37:5; 12/9/10 Tr.,
6  ECF No. 106 at 11:6 – 12:5; 11/19/10 Order, ECF No. 96 at 5; 12/9/10 Order, ECF No. 101 at 5.

7  On December 29, 2010, the district court granted defense counsel's motion to withdraw from the
8  case as counsel of record for Defendants.  12/29/10 Order, ECF No. 107 at 1.  Because one of the
9  defendants is a corporation that may not appear in the case without counsel, the district court ordered
10 Defendants to provide notice of substitution of counsel no later than February 4, 2011. *Id.*

11 In light of the gravity of the sanctions requested by Plaintiffs in this case, the court **HEREBY**
12 **CONTINUES** oral argument on Plaintiffs' motion for sanctions and extends the corresponding
13 briefing schedule to provide Defendants with sufficient opportunity to acquire new counsel and to
14 file an opposition to the motion.  The court sets the following schedule:

15 Opposition due date:           February 17, 2011
16 Optional reply due date:       February 24, 2011
17 Hearing date:                  March 17, 2011, 11 a.m.

18 The hearing set for January 20, 2011 is **HEREBY VACATED**.  This briefing schedule will
19 remain in effect regardless of whether Defendants obtain new counsel.  The court again warns
20 Defendants that failure to comply with the court's orders may result in sanctions that may include
21 entry of default judgment.

22 **IT IS SO ORDERED.**

23 Dated: January 4, 2011

                                                    _____
24                                                  LAUREL BEELER
                                                    United States Magistrate Judge

C 09-05079
ORDER CONTINUING 1/20/11 HEARING AND SETTING BRIEFING SCHEDULE
2