UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

I.E.I COMPANY LTD, et al.,

    Plaintiff(s),

No. C 09-5079 PJH

v.

**ORDER**

ADVANCE CULTURAL EDUCATION
AND TRAINING CORPORATION, et al.,

    Defendant(s).

_____/

    The court has received a letter dated February 1, 2011 from defendant Narin Nathradol requesting an extension of the February 4, 2011 deadline for filing a substitution of counsel. The letter is addressed to Judge Beeler and was apparently sent to the San Francisco clerk's office. The request for an extension to February 19, 2011 is GRANTED. Defendants are hereby notified that their case is pending before Judge Hamilton in the Oakland Division of the US District Court for the Northern District of California, 1301 Clay Street, Oakland, California.

    **IT IS SO ORDERED.**

Dated: February 10, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge