UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| I.E.I. COMPANY, *et al.*, <br><br>   Plaintiffs, <br> v. <br><br> ADVANCE CULTURAL EDUCATION, *et al.*, <br><br>   Defendants. <br> _____/ | No. C 09-05079 PJH (LB) <br><br> **ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS AND CORRESPONDING BRIEFING SCHEDULE** |

On February 10, 2011, Defendants filed a letter requesting that this court extend its deadline for substitution of counsel.[1] 2/1/11 Letter, ECF No. 109. The district court granted Defendants' request and extended the deadline for them to file a substitution of counsel to February 19, 2011. 2/10/11 Order, ECF No. 110. Currently, this court is scheduled to hear oral argument on Plaintiffs' motion for discovery sanctions on March 17, 2011. 1/4/11 Order, ECF No. 108 at 2. Defendants are to file their opposition by February 17, 2011 and Plaintiffs are to file their reply by February 24, 2011. *Id.* Because of the severity of the sanctions that Plaintiffs request, this court originally established those dates to give Defendants sufficient time to retain new counsel and file an opposition to the motion. *Id.* However, in light of the district court's extension of the deadline for Defendants to substitute

---

[1] Defendants erroneously addressed the letter to this court when they should have addressed it to the district court.

C 09-05079 PJH (LB)
ORDER CONTINUING 3/17/11 HEARING AND BRIEFING SCHEDULE

**UNITED STATES DISTRICT COURT**
For the Northern District of California

counsel, this court modifies the current oral argument and briefing schedule as follows:

    Opposition due date:    March 3, 2011

    Optional reply due date:    March 10, 2011

    Hearing date:    April 7, 2011

The hearing date currently set for March 17, 2011 is **HEREBY VACATED**. This briefing schedule will remain in effect regardless of whether Defendants obtain new counsel. The court again warns Defendants that failure to comply with the court's orders may result in sanctions that may include entry of default judgment.

**IT IS SO ORDERED.**

Dated: February 16, 2011

_____
LAUREL BEELER
United States Magistrate Judge