**MICHAEL DIETRICK   CSBN 92150**
**LAW OFFICES OF MICHAEL DIETRICK**
10 Keller Street, Ste. 275
Petaluma, CA 94952
Telephone: (707)763-5019
Email: dietrick@pacbell.net

Attorney for Defendants Advance Cultural Exchange Training Corporation, a Calif. corp., Napat Vorapuvadol, Narin Nathradol, and Supawadee Poondej

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **I.E.I. COMPANY LIMITED**, a Thailand corporation; **INTERNATIONAL EDUCATION, INC.**, a Seychelles corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> **ADVANCE CULTURAL EXCHANGE TRAINING CORPORATION**, a California corporation, initially named herein as "Advance Cultural Education and Training Corporation"; **NAPAT VORAPUVADOL**, a/k/a Nawachol Boontham, an individual; **NARIN NATHRADOL**, a/k/a Monnipa Komolketruck, an individual; **SUPAWADEE POONDEJ**, an individual; **DOES 1 – 10**, <br><br> Defendants. | Case No.: 4:09-CV-05079 PJH <br><br> **SUBSTITUTION OF ATTORNEY** <br><br> Judge: Hon. Phyllis J. Hamilton <br> Ctrm: 3 <br> Location: 1301 Clay St., 3d Fl. <br>          Oakland, CA 94612 <br> Action Filed: October 23, 2009 <br> Trial Date: August 8, 2011 |

PLEASE TAKE NOTICE that Defendants Advance Cultural Exchange Training Corporation, a California corporation, (initially named herein incorrectly as "Advance Cultural Education and Training Corporation"), Napat Vorapuvadol, Narin Nathradol, and Supawadee Poondej, individuals, hereby substitute as their attorney of record in the above-captioned

1

Case No.: 4:09-CV-05079 PJH                                      Substitution of Attorney

1 | proceeding the following attorney and law firm: MICHAEL DIETRICK and the LAW OFFICES
2 | OF MICHAEL DIETRICK, whose address, email, and telephone number are:
3 |     10 Keller Street, Ste. 275
4 |     Petaluma, CA 94952
5 |     Email: dietrick@pacbell.net
6 |     Tel: (707) 763-5019
7 | in place of Advance Cultural Exchange Training Corporation, a California corporation, which
8 | was without an attorney after the Order Re: Motion to Withdraw granted by the Court on
9 | December 29, 2010, as well as the other said defendants, who were unrepresented or acting
10 | in propria persona in the above-captioned proceeding after the Court's Order granting
11 | Defendant's former counsel to withdraw.
12 |     Please serve all pleadings and papers to counsel at the above-listed address and
13 | direct all communications to counsel.
14 |
15 | I accept the above substitution:
16 | Dated: February 14, 2011
17 |     Advance Cultural Exchange Training Corporation,
    a California corporation
18 |     By: Napat Vorapuvadol, C.E.O. (authorized signature)
19 |
20 | I accept the above substitution:
21 | Dated: February 14, 2011
    */s/ Narin*
    Narin Nathradol
22 | I accept the above substitution:
23 | Dated: February 14, 2011
24 |     Napat Vorapuvadol
25 | I accept the above substitution:
26 | Dated: February 14, 2011
27 |     Supawadee Poondej
28 |

2

Case No.: 4:09-CV-05079 PJH          Substitution of Attorney

proceeding the following attorney and law firm: MICHAEL DIETRICK and the LAW OFFICES OF MICHAEL DIETRICK, whose address, email, and telephone number are:

    10 Keller Street, Ste. 275

    Petaluma, CA 94952

    Email: dietrick@pacbell.net

    Tel: (707) 763-5019

in place of Advance Cultural Exchange Training Corporation, a California corporation, which was without an attorney after the Order Re: Motion to Withdraw granted by the Court on December 29, 2010, as well as the other said defendants, who were unrepresented or acting in propria persona in the above-captioned proceeding after the Court's Order granting Defendant's former counsel to withdraw.

    Please serve all pleadings and papers to counsel at the above-listed address and direct all communications to counsel.

I accept the above substitution:
Dated: February 14, 2011

_____
Advance Cultural Exchange Training Corporation,
a California corporation
By: Napat Vorapuvadol, C.E.O. (authorized signature)

I accept the above substitution:
Dated: February 14, 2011

_____
Narin Nathradol

I accept the above substitution:
Dated: February 14, 2011

_____
Napat Vorapuvadol

I accept the above substitution:
Dated: February 14, 2011

_____
Supawadee Poondej

Case No.: 4:09-CV-05079 PJH        2        Substitution of Attorney

proceeding the following attorney and law firm: MICHAEL DIETRICK and the LAW OFFICES OF MICHAEL DIETRICK, whose address, email, and telephone number are:

    10 Keller Street, Ste. 275

    Petaluma, CA 94952

    Email: dietrick@pacbell.net

    Tel: (707) 763-5019

in place of Advance Cultural Exchange Training Corporation, a California corporation, which was without an attorney after the Order Re: Motion to Withdraw granted by the Court on December 29, 2010, as well as the other said defendants, who were unrepresented or acting in propria persona in the above-captioned proceeding after the Court's Order granting Defendant's former counsel to withdraw.

    Please serve all pleadings and papers to counsel at the above-listed address and direct all communications to counsel.

I accept the above substitution:

Dated: February 14, 2011

    Advance Cultural Exchange Training Corporation,
    a California corporation
    By: Napat Vorapuvadol, C.E.O. (authorized signature)

I accept the above substitution:

Dated: February 14, 2011

    Narin Nathradol

I accept the above substitution:

Dated: February 14, 2011

    Napat Vorapuvadol

I accept the above substitution:

Dated: February 14, 2011

    Supawadee Poondej

Case No.: 4:09-CV-05079 PJH        Substitution of Attorney

1 | I am duly admitted to practice in this Court. I am a retained counsel.
2 | I confirm the above substitution:
3 | Dated: February 14, 2011

LAW OFFICES OF MICHAEL DIETRICK

By: _____
MICHAEL DIETRICK
Attorney for Defendants Advance Cultural Exchange Training Corporation, a Calif. corp., Napat Vorapuvadol, Narin Nathradol, and Supawadee Poondej

APPROVED:

Dated: February __18__, 2010   _____
The Honorable Phyllis J. Hamilton, Judge

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

Case No.: 4:09-CV-05079 PJH                         Substitution of Attorney

3

## PROOF OF SERVICE

**I.E.I. Company Limited, et al. v. Advance Cultural Exchange Training Corp, et al.** (USDC, Northern Dist. of Calif.)(Case No. CV-09-5079 PJH)

I am employed in the County of Sonoma, State of California. I am over the age of 18 and not a party to the within action. My business address is Law Offices of Michael Dietrick, 10 Keller Street, Suite 275, Petaluma, California 94952.

On February 16, 2011, I served the following document(s) to be served:

### Substitution of Attorney

1) by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, in a United States mailbox at Petaluma, California, addressed as follows:

Karl S. Kronenberger                    Attorneys for Plaintiffs
James V. Weixel, Jr.
Kronenberger Burgoyne, LLP
150 Post Street, Ste. 520
San Francisco, Ca 94108
Tel: (415) 955-1155

2) by electronically serving the above-referenced document(s) pursuant to the District Court's ECF policies.

karl@KBInternetLaw.com

jim@KBInternetLaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 16, 2011 at Petaluma, California.

_____
Michael Dietrick