**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
James V. Weixel, Jr. (Bar No. 166024)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:  (415) 955-1158
karl@KBInternetLaw.com
jim@KBInternetLaw.com

Attorneys for Plaintiffs

**LAW OFFICES OF MICHAEL DIETRICK**
Michael Dietrick (Bar No. 92150)
10 Keller Street, Suite 275
Petaluma, CA 94952
Telephone: (707) 763-5019
dietrick@pacbell.net

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| **I.E.I. COMPANY LIMITED,** a Thailand corporation; **INTERNATIONAL EDUCATION, INC.**, a Seychelles corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**ADVANCE CULTURAL EXCHANGE TRAINING CORPORATION,** a California corporation, initially named herein as "Advance Cultural Education and Training Corporation"; **NAPAT VORAPUVADOL,** a/k/a Nawachol Boontham, an individual; **NARIN NATHRADOL,** a/k/a Monnipa Komolketruck, an individual; **SUPAWADEE POONDEJ,** a/k/a Supavadee Poondej, an individual; **DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No. 4:09-CV-05079 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ~~VACATE PRETRIAL CONFERENCE AND TRIAL DATE AN~~D SET CASE MANAGEMENT CONFERENCE** |

1   Pursuant to Civil Local Rules 6-2, 7-12, and 16-10(c), Plaintiffs I.E.I. Company
2   Limited and International Education, Inc. and Defendants Advance Cultural Exchange
3   Training Corporation ("ACET"), Napat Vorapuvadol, Narin Nathradol, and Supadwadee
4   Poondej (collectively, the "Parties") respectfully submit the following Joint Stipulation
5   Vacating Pretrial Conference and Trial Date and Setting Case Management
6   Conference. In support of their Stipulation, the Parties state as follows:

7   **WHEREAS**, by order of the Court, Michael Dietrick substituted in as counsel for
8   Defendants on February 18, 2011. [D.E. 114.]

9   **WHEREAS**, on March 8, 2011, the Court scheduled a case management
10  conference for April 7, 2011 and ordered the Parties to file a joint case management
11  conference statement. [D.E. 117.]

12  **WHEREAS**, on March 31, 2011, the Court vacated the case management
13  conference scheduled for April 7, 2011, and instead referred the Parties to a magistrate
14  judge to conduct a settlement conference. [D.E. 121.]

15  **WHEREAS**, on May 20, 2011, Plaintiffs I.E.I. Company Limited and International
16  Education, Inc. (collectively, "Plaintiffs") filed a renewed motion for terminating sanctions
17  against Defendants ACET, Napat Vorapuvadol, Narin Nathradol, and Supadwadee
18  Poondej (collectively, "Defendants"), which is scheduled for hearing before Magistrate
19  Judge Laurel Beeler on August 4, 2011. [D.E. 126.]

20  **WHEREAS**, on June 9, 2011, the Parties attended a settlement conference
21  before Magistrate Judge Jacqueline Scott Corley. [D.E. 133.] Although the Parties
22  agreed to settle the case at the settlement conference, they have not yet agreed on a
23  stipulated judgment to be filed with the Court and are still working on finalizing those
24  terms.

25  **WHEREAS**, pursuant to the March 15, 2010 Case Management and Pretrial
26  Order, the pretrial conference is presently scheduled for July 14, 2011 at 2:00 p.m.

27  **WHEREAS**, the trial date is presently scheduled for August 8, 2011 at 8:30 a.m.

28  **WHEREAS**, the Parties have conferred and agreed that, subject to approval by

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No. 4:09-CV-05079 PJH     2     JT. STIP. AND [PROP.] ORDER TO VACATE
                                     PRETRIAL CONFERENCE AND TRIAL DATE

the Court, the July 14, 2011 pretrial conference and August 8, 2011 trial date should be vacated to permit the Parties additional time to finalize a stipulated judgment reflecting the agreement reached at the settlement conference.

**WHEREAS**, the Parties have further conferred and agreed that, subject to approval by the Court, a Case Management Conference should be set for July 14, 2011 at 2:00 p.m., or at another date and time that is convenient for the Court, to discuss the status of the case. The Parties have filed a Joint Case Management Conference Statement concurrently herewith.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby **STIPULATE** and **AGREE** as follows, subject to approval by the Court:

1. ~~The July 14, 2011 pretrial conference shall be **VACATED**.~~

2. ~~The August 8, 2011 trial date shall be **VACATED**.~~

3. A case management conference shall be **SET** for July 14, 2011 at 2:00 p.m.

**IT IS SO STIPULATED**.

Dated: July 7, 2011

**LAW OFFICES OF MICHAEL DIETRICK**   **KRONENBERGER BURGOYNE, LLP**

By:   s/ Michael Dietrick            By:   s/ Karl S. Kronenberger

Michael Dietrick                      Karl S. Kronenberger
                                      James V. Weixel, Jr.

Attorney for Defendants               Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 11, 2011

PHYLLIS J. HAMILTON
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com