1
2
3
4
5

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
James V. Weixel, Jr. (Bar No. 166024)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
jim@KBInternetLaw.com

6
7

Attorneys for Plaintiffs
I.E.I. Company Limited and International Education, Inc.

8

9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

11

12

13

14

15

16

17

18

**I.E.I. COMPANY LIMITED,** *et al.*,

              Plaintiffs,

    vs.


**ADVANCE CULTURAL EXCHANGE**
**TRAINING CORPORATION,** *et al.,*

              Defendants.

Case No. 4:09-CV-05079 PJH

**STIPULATION AND [~~PROPOSED~~]**
**ORDER RELEASING FROZEN**
**FUNDS TO PLAINTIFFS**

19

20

21

22

23

    This matter comes before the Court on stipulation of Plaintiffs I.E.I. Company Limited and International Education, Inc. ("Plaintiffs") and Defendants Advance Cultural Exchange Training Corporation, Napat Vorapuvadol, Narin Nathradol, and Supawadee Poondej ("Defendants").

24

**RECITALS**

25

26

    1.    On or about October 23, 2009, Plaintiffs filed the above-captioned action in this Court, alleging certain claims against Defendants (the "Action").

27

28

    2.    On or about November 16, 2009, Plaintiffs filed a First Amended Complaint. [D.E. 24.]

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

3. On November 18, 2009, the Court entered a preliminary injunction (the "Injunction"). [D.E. 31.]

4. On January 13, 2010, Plaintiffs filed a Second Amended Complaint. [D.E. 40.] On February 12, 2010, Defendants filed their Answer to Second Amended Complaint. [D.E. 43.]

5. On June 9, 2011, the parties participated in a mandatory settlement conference in this matter with Magistrate Judge Jacqueline Scott Corley [D.E. 130], wherein the Defendants agreed to stipulate to judgment in the Action and to release to Plaintiffs all funds frozen by the Injunction, including a cashier's check drawn on Wells Fargo Bank from Defendants to the Los Angeles School District in the amount of $8,845.54, which is currently in the possession of Plaintiffs (the "Cashier's Check").

6. The Cashier's Check, which was originally obtained by Defendants, was returned to Defendants by the payee, the Los Angeles Unified School District, as a result of a particular Thai student not attending school as planned. Exhibit A to this stipulation contains correspondence from Defendant Advance Cultural Exchange Training Corporation and the Los Angeles Unified School District, along with a copy of the Cashier's Check.

7. The parties understand that the following banks have frozen funds as of the listed dates: Wells Fargo Bank, $55,809.19 as of January 11, 2010; Citibank, N.A., $552.75 as of November 10, 2009; Premier Bank (located at 1875 W. Highway 36, Roseville, MN 55113), $1,517.35 as of November 30, 2009. Wells Fargo Bank, Citibank, N.A. and Premier Bank are hereinafter referred to as the "Banks."

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate as follows:

1. The parties request that the Court lift the Injunction and order the Banks to release all funds that they are holding due to the Injunction to Plaintiffs, including all interest accrued from the date the funds were frozen pursuant to the Injunction; and

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

2. The parties request that the Court order Wells Fargo Bank to treat the payee of the Cashier's Check as Kronenberger Burgoyne, LLP *fbo* I.E.I. Company, Limited. Wells Fargo Bank shall receive, clear, and pay the Cashier's Check as though the Cashier's Check were payable to Kronenberger Burgoyne, LLP *fbo* I.E.I. Company.

**STIPULATED AND AGREED TO BY:**

Dated: July 21, 2011                         **KRONENBERGER BURGOYNE, LLP**

By:   s/Karl S. Kronenberger
        Karl S. Kronenberger

Karl S. Kronenberger (Bar No. 226112)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com

Attorneys for Plaintiffs,
I.E.I. COMPANY LIMITED and
INTERNATIONAL EDUCATION, INC.

Dated: July 21, 2011                         **LAW OFFICES OF MICHAEL DIETRICK**

By:   s/ Michael Dietrick
        Michael Dietrick

Michael Dietrick
10 Keller Street, Suite 275
Petaluma, CA 94952
Telephone: (707) 763-5019
dietrick@pacbell.net

Attorney for Defendants,
Advance Cultural Exchange Training
Corporation, Napat Vorapuvadol, Narin
Nathradol, and Supawadee Poondej

Case No. 4:09-CV-05079 PJH                3        **STIPULATION FOR ORDER RELEASING FUNDS**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

**IT IS SO ORDERED** that:

1.      The Injunction is hereby lifted, and the Banks are ordered to release to Plaintiffs all funds that they are holding due to the Injunction, payable to Kronenberger Burgoyne, LLP *fbo* I.E.I. Company, including all interest accrued from the date the funds were frozen pursuant to the Injunction; and

2.      Wells Fargo Bank is ordered to treat the payee of the Cashier's Check as Kronenberger Burgoyne, LLP *fbo* I.E.I. Company, Limited.   Wells Fargo Bank shall receive, clear, and pay the Cashier's Check as though the Cashier's Check were payable to Kronenberger Burgoyne, LLP *fbo* I.E.I. Company.

This ___22nd___ day of ___July_____, 2011.



_____

UNITED STATES DISTRICT COURT JUDGE

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Exhibit A



708 Cleveland Ave SW, Suite 101
New Brighton, Minnesota 55112
Phone (651) 636.0638
Fax (651)636.0679

November 27, 2009

Mr. Karl S. Kronenberger
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, CA  94180

Dear Mr. Kronenberger:

As indicated in the court order (No. 4:09-CV-05079 PJH) all assets are to be reported to your office.
Please find enclosed an 'Official Check' numbered 0004307934 in the amount of $8,845.54 drawn on the
Wells Fargo and Company of San Francisco, California.  This represents a refund for a student who did
not attend the Los Angeles Unified School District.

If you should have any questions, please do not hesitate to contact me at 612-385-7904.

Sincerely,

George TL Holt, Ed.D.

Enclosures

# Los Angeles Unified School District

**FOREIGN STUDENT ADMISSIONS**
730 E.14th Street, Los Angeles, CA 90021
MAILING ADDRESS:  P.O. Box 3307, Los Angeles, CA 90051
TELEPHONE:  (213) 745-1976

Ramon C. Cortines
Superintendent of Schools

Judy Elliott
Chief Academic officer

Rene Gonzalez
Assistant Superintendent

Debra Duardo
Director

Melissa Schoonmaker
Coordinator

## Tuition Return Receipt

CHANCHAI THAMARAT

The Foreign Student Admissions Office is <u>returning</u> the Cashier's Check to  **Supavadee**
"~~Amy~~ Poondej on behalf of Dr George Holt of Advanced Cultural Exchange Program in
the amount of  $\$$ **8,845.54**  paid to Los Angeles Unified School District  for Kan-A-Mart
Amatayakul to attend Van Nuys High School during the 2009-2010 school year. The
student has decided not return to the United States to study this year

Student's Name_Kan-A-Mart Amatayakul

ACEP Representative _____

October 12, 2009

Signature

Counselor/Witness_____

Signature



OFFICIAL CHECK

0004307934

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

Operator I.D. cu0180009

cu005120

11-24
1210(8)

00043

Office AU #

PAY TO THE ORDER OF          ***LOS ANGELES UNIFIED SCHOOL DISTRICT***

***Eight thousand eight hundred forty-five dollars and 54 cents***

August 19, 2009

**$8,845.54**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $   8,845.54

*Nichal Kerg*
CONTROLLER

Security Features Included.   Details on Back.

⑈0004307934⑈ 486⑈ 50534 5⑈

Student: Kani (Mani Amartyaku)