**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
James V. Weixel, Jr. (Bar No. 166024)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
jim@KBInternetLaw.com

Attorneys for Plaintiffs
I.E.I. Company Limited and International Education, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **I.E.I. COMPANY LIMITED,** *et al.*,<br><br>            Plaintiffs,<br><br>    vs.<br><br><br>**ADVANCE CULTURAL EXCHANGE TRAINING CORPORATION,** *et al.,*<br><br>            Defendants. | Case No. 4:09-CV-05079 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RELEASING BOND TO PLAINTIFFS** |

Case No. 4:09-CV-05079 PJH     **STIPULATION FOR ORDER RELEASING BOND TO PLAINTIFFS**

Plaintiffs I.E.I. Company Limited and International Education, Inc. (collectively, "Plaintiffs") and Defendants Advance Cultural Exchange Training Corporation, Napat Vorapuvadol, Narin Nathradol, and Supadwadee Poondej (collectively, the "Parties") respectfully submit the following Stipulation Releasing Bond to Plaintiffs. In support of their Stipulation, the Parties state as follows:

WHEREAS, on November 4, 2009, the Court issued an order requiring Plaintiffs to post a bond in the amount of $10,000 (Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction [D.E. No. 16]);

WHEREAS, on November 4, 2009, Plaintiffs posted bond in the amount of $10,000 (Receipt number: 44611004388);

WHEREAS, on July 22, 2011, Judgment was entered in this action [D.E. No. 144].

NOW THEREFORE, the Parties, through their respective counsel, hereby stipulate as follows:

1. The Parties request that the Court release the bond to Plaintiffs, payable to Kronenberger Burgoyne, LLP *fbo* Plaintiffs I.E.I. Company Limited and International Education, Inc.

IT IS SO STIPULATED.

| Dated: August 9, 2011 | Dated: August 9, 2011 |
|---|---|
| **LAW OFFICES OF MICHAEL DIETRICK** | **KRONENBERGER BURGOYNE, LLP** |
| By: s/Michael Dietrick | By: s/ Karl S. Kronenberger |
| Michael Dietrick | Karl S. Kronenberger |
| Attorney for Defendants | Attorneys for Plaintiffs |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/9/11

PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com